1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

UNITED STATES OF AMERICA,

9
                        Plaintiff,

Case No. MJ26-043

10
     v.

**DETENTION ORDER**

11

CALVIN LEE CLARK,

12
                        Defendant.

13    The Court, having conducted a detention hearing pursuant to Federal Rule of Criminal

14   Procedure 32.1(a)(6), and based upon the factual findings and statement of reasons for detention

15   hereafter set forth, finds that no condition or combination of conditions which the defendant can

16   meet will reasonably assure the appearance of the defendant as required and the safety of any

17   other person and the community.

18   **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19    (1)    Defendant has been charged by an Indictment originating from the District of

20   Montana with Count1: Conspiracy to Possess with the Intent to Distribute Controlled

21   Substances, Count 2: Possession with Intent to Distribute Controlled Substances, Count 3:

22   Possession of a Firearm in Furtherance of a Drug Trafficking Crime,  and Count 4: Prohibited

23   Person in Possession of a Firearm and Ammunition.   On September 5, 2025, the Honorable

Michelle Peterson in the Western District of Washington ordered pretrial release conditions and on September 18, 2025 the Honorable Timothy J. Cavan sitting in the Court at Billings, Montana ordered the defendant be released and to continue following the conditions previously imposed. Here, the Defendant is alleged to have violated the District of Montana's Order, specifically that he comply with the previously ordered pretrial release conditions. The District of Montana has jurisdiction of this matter, and the Defendant has signed and the court approved an Order of Transfer entered this day. Further detention proceedings and subsequent court orders shall be through District of Montana, the Defendant shall be detained until then, based on the Defendant's criminal history as he is viewed as a risk of danger and based on his history of failing to appear, an active warrant for contempt of court, his substance use, and mental health history.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial or further court order and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2

1    (4)    The Clerk shall direct copies of this order to counsel for the United States, to

2 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

3 Officer.

4    DATED this ___16___ day of January, 2026.

5

6                                    PAULA L. MCCANDLIS
                                     United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 3